HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JERMAINE DEVON WATKINS,

    Plaintiff,

v.

CATHERINE BAUM, ELIZABETH G. SUITER, MICHAEL R. ELLEN, MIKE WATKINS, STEVE HAMMOND, MUHAMMAD A. KHURSHID, and TAMARA J. ROWDEN,

    Defendants.

CASE NO. C11-5494RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR DEFAULT
[Dkt. #s 60 and 64]

THIS MATTER is before the Court on the Report and Recommendation of Magistrate Judge Karen Strombom [Dkt. #60], recommending that the Court GRANT Defendant Michael Ellen's Motion for Summary Judgment [Dkt. #48] and DISMISS the Plaintiff's Complaint with prejudice   The Court has reviewed the record, the Report, and the Plaintiff's Objections to it. [Dkt. #61].

The Court ADOPTS the Magistrate Judge's Report and Recommendation [Dkt. #60]. Defendant Ellen's Motion is GRANTED, and the Plaintiff's claims against Michael Ellen are DISMISSED WITH PREJUDICE.

1     Also pending before the Court is Plaintiff Watkins' Motion for Default against Defendant

2 Khurshid [Dkt. #64]. There is no evidence before the Court that Kuhrshid has been served. The

3 Motion for Default is DENIED.

4     IT IS SO ORDERED.

5     Dated this 12th day of October, 2012.

                                                      Ronald B. Leighton
                                                      United States District Judge