1          HONORABLE RONALD B. LEIGHTON

2

3

4

5

6                          UNITED STATES DISTRICT COURT
7                      WESTERN DISTRICT OF WASHINGTON
                                   AT TACOMA
8

9    JERMAINE DEVON WATKINS,              CASE NO. C11-5494RBL/KLS

                Plaintiff,                ORDER ADOPTING REPORT AND
10                                        RECOMMENDATION AND
         v.                               DENYING MOTION FOR DEFAULT
11                                        [Dkt. #s 60 and 64]

12   CATHERINE BAUM, ELIZABETH G.
     SUITER, MICHAEL R. ELLEN, MIKE
     WATKINS, STEVE HAMMOND,
13   MUHAMMAD A. KHURSHID, and
     TAMARA J. ROWDEN,
14

15              Defendants.

16

17         THIS MATTER is before the Court on the Report and Recommendation of Magistrate

18   Judge Karen Strombom [Dkt. #60], recommending that the Court GRANT Defendant Michael

19   Ellen's Motion for Summary Judgment [Dkt. #48] and DISMISS the Plaintiff's Complaint with

     prejudice   The Court has reviewed the record, the Report, and the Plaintiff's Objections to it.
20
     [Dkt. #61].
21
           The Court ADOPTS the Magistrate Judge's Report and Recommendation [Dkt. #60].
22
     Defendant Ellen's Motion is GRANTED, and the Plaintiff's claims against Michael Ellen are
23
     DISMISSED WITH PREJUDICE.
24

ORDER ADOPTING REPORT AND
RECOMMENDATION AND DENYING MOTION
FOR DEFAULT - 1

1    Also pending before the Court is Plaintiff Watkins' Motion for Default against Defendant

2 Khurshid [Dkt. #64].  There is no evidence before the Court that Kuhrshid has been served.  The

3 Motion for Default is DENIED.

4    IT IS SO ORDERED.

5    Dated this 12th day of October, 2012.

6

7    _____

8    Ronald B. Leighton
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24