UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERMAINE D. WATKINS,<br><br>     Plaintiff,<br><br>v.<br><br>CATHERINE M. BAUM, ELIZABETH G. SUITER, MICHAEL R. ELLEN, MIKE WATKINS, STEVE HAMMOND, MUHAMMAD A. KHURSHID, TAMARA J. ROWDEN,<br><br>     Defendants. | No. C11-5494 RBL/KLS<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES |

Before the Court is Plaintiff's Motion for Extension of Discovery Deadline. ECF No. 70. Also before the Court is the parties' Stipulated Motion to Extend Discovery and Dispositive Motions Deadline. ECF No. 73. Having reviewed the files and records and being fully advised, the Court **ORDERS**:

  (1)  The parties' stipulated motion (ECF No. 73) is **GRANTED;** the discovery cut-off date is extended to **January 28, 2013**, and the last date to file dispositive motions is extended to **April 1, 2013**.

  (2)  Plaintiff's motion for extension (ECF No. 70) is **DENIED as moot** in light of the extensions granted herein.

ORDER - 1

(3) The Clerk shall send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this  29th  day of October, 2012.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

ORDER - 2