UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERMAINE D. WATKINS,<br><br>                      Plaintiff,<br>    v.<br><br>CATHERINE M. BAUM, ARNP.,<br>ELIZABETH G. SUITER, FMD,<br>MICHAEL R. ELLEN, UROLOGIST/<br>SURGEON, MIKE WATKINS, HCM,<br>STEVE HAMMOND, MD,<br>MUHAMMAD A. KHURSHID, MD,<br>TAMARA J. ROWDEN GPM,<br><br>                      Defendants. | No. C11-5494 RJB/KLS<br><br>ORDER DIRECTING SUBMISSION OF ADDRESS UNDER SEAL |

      Several attempts have been made to serve Muhammad A. Khurshid in this matter at addresses provided by Plaintiff and also at an address found by the Court independent of the parties. The service documents have been returned on each attempt because Dr. Khurshid is no longer working at that practice and/or address. *See, e.g.,* ECF Nos. 31, 43 and 45, 80 and 81. On October 15, 2012, the Attorney General Office's filed an Answer to the Amended Complaint on behalf of Muhammad A. Khurshid asserting invalid service of process and lack of personal jurisdiction. ECF No. 67.

      If Defendants are in possession of the last known business or last known home address for Muhammad A. Khurshid, they shall submit such information to the court **under seal** so that the Clerk may attempt to effect service. This solution alleviates two concerns involving prisoner litigation: (1) the security risks inherent in providing prisoners with addresses of people formerly

ORDER- 1

employed by the state; and (2) the possibility of prisoners getting the "runaround" when they are attempting to access information through the government. See *Sellers v. United States*, 902 F.2d 598, 603 (7th Cir. 1990).

Accordingly, it is **ORDERED:**

(1) If Defendants are in possession of the last known business or last known home address of Muhammad A. Khurshid, they shall submit such address to the Court **under seal on or before January 11, 2013.**

(2) The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 26th day of December, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER- 2