District Judge Ronald B. Leighton
Magistrate Judge Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERMAINE D. WATKINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CATHERINE M. BAUM, ARNP., ) <br> ELIZABETH G. SUITER, FMD., MICHAEL ) <br> R. ELLEN, UROLOGIST/SURGEON., MIKE ) <br> WATKINS, HCM., STEVE HAMMOND, ) <br> MD., MUHAMMAD A. KHURSHID, MD., ) <br> AND TAMARA J. ROWDEN, GPM., ) <br> ) <br> Defendants. ) <br> ) | No. C11-5494 RBL/KLS <br><br> ORDER GRANTING DEFENDANT MICHAEL R. ELLEN, M.D.'S MOTION FOR FRCP 54(b) CERTIFICATION OF FINAL JUDGMENT |

On January 11, 2013, Defendant Michael R. Ellen, M.D., moved this Court for an Order for FRCP 54(b) Certification of Final Judgment.  The Court reviewed materials submitted by Michael R. Ellen, M.D., in support of his Motion, reviewed all materials filed in opposition to Defendant's Motion, reviewed all materials filed in reply to Plaintiff's opposition, and reviewed the record and file herein.  The Court deems itself fully advised.  Now, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant's Motion is GRANTED.  Finding no just cause for delay, and Pursuant to Fed. R. Civ. P. 54(b), the Court

/ / /

/ / /

/ / /

ORDER GRANTING DEFENDANT MICHAEL R. ELLEN, M.D.'S
MOTION FOR FRCP 54(b) CERTIFICATION OF FINAL
JUDGMENT - 1
Case No. C11-5494 RBL/KLS
F:\MCA\CASES\ACTIVE\WATKINS_V._ELLEN\MOTIONS\PROP_ORDER_ON_CERT_OF_FINAL_JUDGMENT.DOCX

Fain Anderson VanDerhoef, PLLC
701 Fifth Avenue, Suite 4650
Seattle, WA 98104
(206) 749-0094
Fax: (206) 749-0194

certifies the Order Adopting Report and Recommendation (Dkt. #60) as a final judgment.

SIGNED this 30th day of January, 2013.

Ronald B. Leighton
United States District Judge

**Presented By:**

Fain Anderson VanDerhoef, PLLC


By: */s/ Michele C. Atkins*
Michele C. Atkins, WSBA #32435
Nicole Brodie Jackson, WSBA #35090
Attorneys for Defendant Michael R. Ellen, M.D.

ORDER GRANTING DEFENDANT MICHAEL R. ELLEN, M.D.'S MOTION FOR FRCP 54(b) CERTIFICATION OF FINAL JUDGMENT - 2
Case No. C11-5494 RBL/KLS
F:\MCA\CASES\ACTIVE\WATKINS_V._ELLEN\MOTIONS\PROP_ORDER_ON_CERT_OF_FINAL_JUDGMENT.DOCX

Fain Anderson VanDerhoef, PLLC
701 Fifth Avenue, Suite 4650
Seattle, WA 98104
(206) 749-0094
Fax: (206) 749-0194