UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERMAINE D. WATKINS,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CATHERINE M. BAUM, ELIZABETH G. SUITER, MICHAEL R. ELLEN, MIKE WATKINS, STEVE HAMMOND, MUHAMMAD A. KHURSHID, TAMARA J. ROWDEN,<br><br>　　　　　　　　Defendants. | No. C11-5494 RBL/KLS<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES |

Before the Court is the parties' Stipulated Motion to extend the discovery and dispositive motions deadlines. ECF No. 99. Having reviewed the files and records and being fully advised, the Court **ORDERS**:

(1) The parties' stipulated motion (ECF No. 99) is **GRANTED;** the discovery cut-off date is extended to **May 28, 2013;** the dispositive motions deadline is extended to **August 1, 2013**; the joint status report deadline is extended to **November 1, 2013.**

(2) The Clerk shall send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this  29th  day of March, 2013.

　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1