HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERMAINE DEVON WATKINS,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE M BAUM, ELIZABETH G SUITER, MICHAEL R ELLEN, MIKE WATKINS, STEVE HAMMOND, MUHAMMAD A KHURSHID, and TAMARA J ROWDEN,<br><br>Defendants. | CASE NO. C11-5494 RBL-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>(Dkt. #110) |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, and the remaining record, hereby ORDERS:

(1) The Report and Recommendation is ADOPTED.

(2) Defendant **Catherine M. Baum's** Motion for Summary Judgment (Dkt. #102) is **DENIED without prejudice.** Defendant Baum may re-file her motion for summary judgment, including the new material submitted for the first time after the Report and Recommendation, and note it before Magistrate Judge Karen L. Strombom.

1     (3)     The remaining Defendants' Motion for Summary Judgment (Dkt. #102) is **GRANTED.** Plaintiff's claims against the remaining Defendants (except Defendant Baum) are **Dismissed with Prejudice.**

3     (4)     The Clerk is directed to send copies of this Order to Plaintiffs, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

Dated this 20th day of November, 2013.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE