UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERMAINE DEVON WATKINS,<br><br>                    Plaintiff,<br><br>    v.<br><br>CATHERINE M. BAUM, ELIZABETH G. SUITER, MICHAEL R. ELLEN, MIKE WATKINS, STEVE HAMMOND, MUHAMMAD A. KHURSHID, TAMARA J. ROWDEN,<br><br>                    Defendants. | No. C11-5494 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation.

(2)    Defendant Catherine M. Baum's Motion for Summary Judgment (Dkt. 117) is **GRANTED;** Plaintiff's claims against Defendant Baum are **Dismissed with Prejudice**.

(3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 17th day of March, 2014.

                                                /s/ Ronald B. Leighton
                                               RONALD B. LEIGHTON
                                               UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1